UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>JULIUS DARNELL ROBERTS,<br><br>       Defendant. | No. CR-02-0282-FVS<br><br>ORDER |

**IT IS HEREBY ORDERED:**

1. The government's Motion to Expedite **(Ct. Rec. 143)** is **GRANTED.**

2. The government's Motion to Strike Evidentiary hearing and Proceed to Re-Sentencing **(Ct. Rec. 142)** is **GRANTED.**

3. Defendant's Motion to Vacate, Set Aside, or Correct Sentence **(Ct. Rec. 114)** is **GRANTED.**

4. The evidentiary hearing set on November 10, 2009 is **STRICKEN**.

5. Sentencing will be held on **November 10, 2009 at 11:00 a.m in Spokane, Washington.**

6. The United States Probation Office shall file an updated presentence report by October 20, 2009.

7. Not later than October 27, 2009, both parties shall file and serve their sentencing memorandums and objections to the updated presentence report, if any.

ORDER- 1

1  **IT IS SO ORDERED.** The District Court Executive is hereby
2  directed to enter this order and furnish copies to counsel.
3  **DATED** this   25th   day of September, 2009.

4
5                              S/Fred Van Sickle
                               Fred Van Sickle
                       Senior United States District Judge

ORDER- 2