UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                  Respondent,

        v.

JULIUS DARNELL ROBERTS,

                Petitioner.

No. CR-02-0282-FVS
    CV-12-0459-FVS

ORDER DISMISSING PETITIONER'S
SECTION 2255 MOTION

**THIS MATTER** came before the Court on Petitioner's motion to voluntarily dismiss his pending Section 2255 petition.  (ECF No. 216). Petitioner is proceeding pro se.  Respondent is represented by Stephanie A. Van Marter.

The Court being fully advised, **IT IS HEREBY ORDERED** as follows:

1.  Petitioner's motion to voluntarily dismiss his pending Section 2255 petition (**ECF No. 216**) is **GRANTED**.

2.  Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (**ECF No. 206**) is **DISMISSED**.

3.  The District Court Executive is directed to **close** this case as well as the corresponding civil case:  **CV-12-0459-FVS.**

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to Petitioner and to counsel.

**DATED** this  _5th_  day of November, 2012.

                  S/Fred Van Sickle
                  Fred Van Sickle
          Senior United States District Judge