PROB 12C
(7/93)

Report Date: March 27, 2015

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 27 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Julius Darnell Roberts      Case Number: 0980 2:02CR00282-FVS-1

Address of Offender:                          Spokane, Washington 99204

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: May 4, 2004

Original Offense:    Possession With Intent to Distribute Cocaine Base, 21 U.S.C. § 841(a)(1); Felon in Possession of a Firearm, 18 U.S.C. § 922(g)

Original Sentence:   Prison - 168 months;          Type of Supervision: Supervised Release
                     TSR - 60 months

Asst. U.S. Attorney: Stephanie A. Van Marter      Date Supervision Commenced: January 17, 2014

Defense Attorney:    Federal Defenders Office     Date Supervision Expires: January 16, 2019

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |
| 2 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. |

**Supporting Evidence**: Julius Roberts is in violation of his conditions of supervised release by being arrested for three new felonies: attempting to elude a pursuing police vehicle and delivery of heroin; and possessing a controlled substance, heroin.

According to the Spokane Police Department, report #15-98704, on February 19, 2015, police utilized a confidential informant to purchase heroin from Julius Roberts.

On March 26, 2015, Spokane police attempted to conduct a traffic stop on Mr. Roberts in order to arrest him on the above-mentioned delivery of a controlled substance. The police officer attempted to conduct the traffic stop on Mr. Roberts' vehicle while using a fully marked patrol vehicle. He activated his overhead red and blue lights, and Mr. Roberts sped away at a high rate of speed. Mr. Roberts was eventually apprehended after he eventually

Prob12C
Re: Roberts, Julius Darnell
March 27, 2015
Page 2

pulled into the parking lot of his apartment complex. He was then taken into custody without further incident.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/27/2015

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

March 27, 2015
Date