PROB 12C
(6/16)

Report Date: September 25, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Julius Darnell Roberts          Case Number: 0980 2:02CR00282-SAB-1

Address of Offender:          Spokane Valley, Washington 99037

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: May 4, 2004

Original Offense:     Possession With Intent to Distribute Cocaine Base, 21 U.S.C. § 841(a)(1);
                      Felon in Possession of a Firearm, 18 U.S.C. § 922(g)

Original Sentence:    Prison - 262 months;          Type of Supervision: Supervised Release
                      TSR - 60 months

Revocation
Sentence:             Prison - 24 months;
(8/24/2016)           TSR - 60 months

Asst. U.S. Attorney:  Stephanie A. Van Marter       Date Supervision Commenced: December 21, 2016

Defense Attorney:     Colin G. Prince               Date Supervision Expires: December 20, 2021

## PETITIONING THE COURT

**To issue a summons**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition #1**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: Julius Roberts violated standard condition number 1 by committing theft on September 7 and 8, 2019. |
| | According to the Kalispel Tribal Police report number 2019-82006242, a Tribal gaming agent advised Kalispel Tribal Police that they had video of a subject, later identified as Julius Roberts, stealing a wallet on September 8, 2019. Officers approached Mr. Roberts while he was sitting in his vehicle and informed him they had video evidence of him stealing a wallet inside the casino. Mr. Roberts was also told that the gaming agent had video of him stealing a cell phone the day prior, September 7, 2019. Mr. Roberts told the officers that the cell phone and the wallet were in the center console of his vehicle. Officers recovered both |

Prob12C
Re: Roberts, Julius Darnell
September 25, 2019
Page 2

items from the vehicle and placed Mr. Roberts under arrest for two counts of third degree theft.

On December 19, 2016, Julius Roberts signed his judgment for case number 2:02CR00282-SAB-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Roberts was made aware by his U.S. probation officer that he must not commit another federal, state or local crime.

2     **Standard Condition #16**: If the defendant is arrested or has any official contact with a law enforcement officer in a civil or criminal investigative capacity, the defendant must notify the probation officer within 72 hours.

**Supporting Evidence**: Julius Roberts violated standard condition number 16 by failing to notify his U.S. probation officer within 72 hours of his arrest on September 8, 2019.

Julius Roberts was contacted by Kalispel Tribal police on September 8, 2019, and was arrested for theft. As of the date of this petition, Mr. Roberts has failed to notify his U.S. probation officer of the incident.

On December 19, 2016, Julius Roberts signed his judgment for case number 2:02CR00282-SAB-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Roberts was made aware by his U.S. probation officer that he must notify his U.S. Probation officer within 72 hours of being contacted by law enforcement.

3     **Special Condition #24**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Julius Roberts violated special condition number 24 by consuming an illegal controlled substance, marijuana, on or about August 7, 2019.

Mr. Roberts reported as directed to provide a urine sample. The sample tested positive for marijuana. At that time, Mr. Roberts admitted he had consumed the controlled substance on or about August 7, 2019.

On December 19, 2016, Julius Roberts signed his judgment for case number 2:02CR00282-SAB-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Roberts was made aware by his U.S. probation officer that he must abstain from the use of illegal controlled substances.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Roberts, Julius Darnell**
**September 25, 2019**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/25/2019

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*
Signature of Judicial Officer

09/30/2019
Date