PROB 12C
(6/16)

Report Date: October 15, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 17, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Julius Darnell Roberts     Case Number: 0980 2:02CR00282-SAB-1

Address of Offender:     Spokane Valley, Washington 99037

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name os Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: May 4, 2004

| | | |
|---|---|---|
| Original Offense: | Possession With Intent to Distribute Cocaine Base, 21 U.S.C. § 841(a)(1); Felon in Possession of a Firearm, 18 U.S.C. § 922(g) | |
| Original Sentence: | Prison - 262 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (8/24/2016) | Prison - 24 months;<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: December 21, 2016 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: December 20, 2021 |

## PETITIONING THE COURT

To issue a **WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/25/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #9**: After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed. |
| | **Supporting Evidence**: Julius Roberts failed to report as directed on October 11, 2019. |
| | On October 10, 2019, the undersigned officer attempted to make contact with Mr. Roberts at his listed residence, as attempts to reach Mr. Roberts by telephone had gone unreturned. Contact was made with Mr. Roberts' adult son. He stated Mr. Roberts had not been to the apartment in approximately 10 days. The undersigned gave him a business card with directions for Mr. Roberts to report to the probation office by 10 a.m. on October 11, 2019. As of the date of this petition, Mr. Roberts has failed to report as directed. Mr. Roberts' current whereabouts are unknown. |

Prob12C
Re: Roberts, Julius Darnell
October 15, 2019
Page 2

On December 19, 2016, Julius Roberts signed his judgment for case number 2:02CR00282-SAB-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Roberts was made aware by his U.S. probation officer that he must report as directed.

5 **Standard Condition #12**: The defendant must live at a place approved by the probation officer. If the defendant plans to change where he or she lives or anything about his or her living arrangements (such as the people the defendant lives with), the defendant must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Julius Roberts failed to notify his U.S. probation officer of a change in living arrangements since on or about October 10, 2019.

On October 10, 2019, the undersigned officer attempted to make contact with Mr. Roberts at his listed residence, as attempts to reach Mr. Roberts by telephone had gone unreturned. Contact was made with Mr. Roberts' adult son. He stated Mr. Roberts had not been to the apartment in approximately 10 days. Mr. Roberts' current whereabouts are unknown and he has failed to notify his U.S. probation officer of any change in residence.

On December 19, 2016, Julius Roberts signed his judgment for case number 2:02CR00282-SAB-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Roberts was made aware by his U.S. probation officer that he must report a change in address within 72 hours of becoming aware of the change in living circumstances.

6 **Special Condition #23**: The defendant shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: Julius Roberts failed to enter chemical dependency treatment as directed on September 30, 2019.

Mr. Roberts was directed to commence chemical dependency treatment on September 30, 2019. He failed to report on that date and rescheduled his admit appointment for October 10, 2019. Mr. Roberts failed to report for that appointment as directed. As of the date of this report, he has not entered chemical dependency treatment as ordered.

On December 19, 2016, Julius Roberts signed his judgment for case number 2:02CR00282-SAB-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Roberts was made aware by his U.S. probation officer that he must undergo a substance abuse evaluation as ordered.

Prob12C
Re: Roberts, Julius Darnell
October 15, 2019
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/15/2019

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

10/17/2019

Date