PROB 12C
(6/16)

Report Date: March 3, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2021

SEAN F. McAVOY, CLERK

### *Revised* Petition for Warrant or Summons for Offender Under Supervision

Name of offender: Julius Darnell Roberts          Case Number: 0980 2:02CR00282-SAB-1

Address of Offender:                              Washington 99204

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 4, 2004

Original Offense:          Possession with Intent to Distribute Cocaine Base, 21 U.S.C. § 841(a)(1); Felon in
                           Possession of a Firearm, 18 U.S.C. § 922(g)

Original Sentence:          Prison - 262 months          Type of Supervision: Supervised Release
                           TSR - 60 months

Amended Sentence            Prison -168 months
(December 16, 2009)         TSR - 60 months

Revocation Sentence:        Prison - 24 months
(August 24, 2016)           TSR - 60 months

Revocation Sentence:        Prison- 4 months
(November 18, 2019)         TSR - 24 months

Asst. U.S. Attorney:        Stephanie A. Van Marter        Date Supervision Commenced: March 11, 2020

Defense Attorney:           Federal Defenders Office       Date Supervision Expires: March 10, 2022

---

## PETITIONING THE COURT

**Please Note:** The original petition was filed with the Court on November 2, 2020. The purpose of this petition is to revise the petition based on recent Washington State Supreme Court case Blake v State of Washington.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1          **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.

           **Mandatory Condition # 2:** You must not unlawfully posses a controlled substance, including marijuana, which remains illegal under federal law.

           **Supporting Evidence**: It is alleged, Mr. Roberts violated the terms of his supervised release on October 31, 2020, by being arrested for possession of oxycodone and hydrochloride, schedule 2 controlled substances.  In addition, Mr. Roberts was also arrested for possession of cocaine on October 31, 2020.

Prob12C
**Re: Roberts, Julius Darnell**
**March 3, 2021**
**Page 2**

On March 12, 2020, Mr. Roberts signed his conditions of supervision relative to case number 2:02CR00282-SAB-1, indicating he understood all conditions as ordered by the Court.

According to a probable cause affidavit filed by the Spokane Police Department, case number 2020-20190919, on October 31, 2020, an officer with the Spokane Police Department observed a vehicle, which was confirmed registered to Mr. Roberts. Mr. Roberts had a felony warrant for his arrest. The officer initiated a traffic stop and Mr. Roberts was arrested. A search incident to arrest revealed Mr. Roberts had seven round blue pills in his pocket, which were identified as oxycodone and hydrochloride, a scheduled 2 controlled substance. Inside his wallet, officers located two baggies that contained a white powdery substance that field tested positive for cocaine. Mr. Roberts was booked into the Spokane County Jail on his felony warrant and possession of a controlled substance.

The U.S. Probation Office respectfully recommends the Court accept the revised petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/03/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[x]    Other    Revision Accepted

Signature of Judicial Officer

3/4/2021

Date